NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DARNELL JAMES WILSON,                )
                                     )
          Appellant,                 )
                                     )
v.                                   )          Case No. 2D19-102
                                     )
STATE OF FLORIDA,                    )
                                     )
          Appellee.                  )
                                     )
_____     )

Opinion filed November 1, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.


PER CURIAM.


          Affirmed.


VILLANTI, SALARIO, and ATKINSON, JJ., Concur.